IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Corporate Excise Tax

COLUMBIA GRAIN INTERNATIONAL, INC., )
)
)
Plaintiff, ) TC-MD 130391D
)
v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
Defendant. ) **FINAL DECISION OF DISMISSAL**

This Final Decision incorporates without change the court's Decision entered November 3, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's Notice of Voluntary Dismissal (Notice), filed October 30, 2014. As of the date of this Decision of Dismissal, Defendant has not responded to Plaintiff's Notice. Because Defendant did not assert a counterclaim, and having considered Plaintiff's Notice, the court finds that the case should be dismiss. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ____ day of December 2014.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. This Final Decision of Dismissal was signed by Magistrate Allison R. Boomer on November 24, 2014. The Court filed and entered this Final Decision of Dismissal on November 24, 2014.*